**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA        .
                 Plaintiff,      .
vs.                             .   Docket No. CR 18-288
                       .
CARLISLE HMA, LLC               .   Washington, D.C.
                       .   November 1, 2018
              Defendant.      .
. . . . . . . . . . . . . . . . .x   10:33 a.m.


TRANSCRIPT OF PLEA AGREEMENT HEARING

BEFORE THE HONORABLE SENIOR JUDGE REGGIE B. WALTON

UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:   Sally Malloy, Assistant Chief
                     UNITED STATES DEPARTMENT OF JUSTICE
                     Fraud Section, Healthcare Fraud Unit
                     Washington, DC 20530


For the Defendant:    Richard Sauber,
                      Corporate Representative
                     ROBBINS, RUSSELL, ENGLERT,
                     ORSECK, UNTEREINER & SAUBER LLP
                     1801 K Street, NW - Suite 411-L
                     Washington, DC 20006
                     (202) 775-4506


Court Reporter:   Cathryn J. Jones, RPR
                 Official Court Reporter
                 Room 6521, U.S. District Court
                 333 Constitution Avenue, N.W.
                 Washington, D.C. 20001


Proceedings recorded by machine shorthand, transcript produced by computer-aided transcription.

**P R O C E E D I N G S**

THE DEPUTY CLERK:  Your Honor, this morning this is the matter of United States versus Carlisle HMA, LLC. This is Criminal Record 18-288.  Ask the parties to step forward and identify yourselves for the record, please.

MR. SAUBER:  Good morning, your Honor, Richard Sauber for the defendants.

THE COURT:  Good morning.

MS. MALLOY:  Good morning, your Honor.  I'm Sally Malloy on behalf of the United States Criminal Division Fraud Section.

THE COURT:  Good morning.  I understand the parties have reached a plea agreement provided the corporation will enter a plea; is that right?

MS. MALLOY:  Yes, your Honor, that is correct.  We had filed a criminal information against Carlisle HMA, LLC charging -- I'm sorry.  Charging one count under 18 USC, Section 1349 that is a conspiracy to commit healthcare fraud.  At this time, your Honor, the corporation has not had an initial appearance or an arraignment, so we would need to do that, I believe, before we can proceed with the plea, but the parties have reached an negotiated plea agreement in this case.

THE DEPUTY CLERK:  Let the record reflect that the information has been provided to the defendant, and

beginning in 2008 continuing through at least year 2012, Carlisle HMA, LLC is charged with one count of conspiracy to commit healthcare fraud.  Sir, do you understand the charge?

MR. SAUBER:  Yes, sir.

THE DEPUTY CLERK:  Do you waive formal reading of the information?

MR. SAUBER:  We do, yes.

THE COURT:  Is the corporate representative here?

MR. SAUBER:  I'm the designated corporate representative, your Honor.  I think we've handed up the Board resolutions to the Court.

THE COURT:  I'm looking at them.  Does it set forth what the penalty will be and that's agreed to by the corporation?

MR. SAUBER:  The resolution itself does not, but it authorizes me and references the agreements that the corporation is well aware of.

THE COURT:  And is this a publicly held corporation?

MR. SAUBER:  This particular corporation has been purchased and subsequently sold to third parties, so Carlisle HMA, LLC is not a publicly traded corporation, your Honor.

THE COURT:  Okay.  So who ends up suffering the consequences of the outlay of money that's going to be paid

as a penalty for what took place here?

MR. SAUBER:  The larger company, HMA, was purchased by another publicly held company.  There were some arrangements in the purchase and sale agreement to cover expenses that might be incurred in the future for civil and criminal penalties.  Those in large part are going to cover the costs, so that ultimately it is the shareholders of the original HMA corporation that will incur the costs.

THE COURT:  And they're no longer shareholders?

MR. SAUBER:  That is correct, your Honor, but the money from the purchase and sell of the company was in part reserved from their share of the proceeds to cover these costs.  So in essence the original shareholders of the publicly traded company that owned this hospital will bear the burden.

THE COURT:  And were they advised of the consequences of what's taking place regarding this plea?

MR. SAUBER:  Not this particular plea, but at the time of the purchase and sale there was an agreement on behalf of all the shareholders that a certain amount would be put aside to be determined in the future.

THE COURT:  And was that amount that would be put aside was that consistent with the amount that's been agreed to in this plea agreement?

MR. SAUBER:  In essence, yes, your Honor.

THE COURT:  Okay.  I just always want to make sure because in these type of situations it is somewhat troubling to me that the individuals who commit the crime basically go scot-free and the stockholders who didn't do anything that suffer the consequences.  That seems a little unfair to me.

MR. SAUBER:  May I reserve comment on that?

THE COURT:  Okay.  I guess the way to proceed is to have the, I'll have the government go through this agreement, and as you go through it I will have the corporate representative indicate that he appreciates on behalf of the corporation the terms of the agreement, and that the corporation through the corporate representative as authorized by the Board does in fact agree to those conditions.

But, again for the record, sir, please, can you indicate your name as the corporate representative.

MR. SAUBER:  Yes, your Honor, my name is Richard Sauber, S-A-U-B-E-R.  And I'm the designated corporate representative as is evidenced by the exhibits that you have in front of you, I think.

THE COURT:  You can place him under oath.

Thereupon,

RICHARD SAUBER,

having been first duly sworn by the Deputy Clerk, was examined and testified, as follows:

THE WITNESS:  I do.

THE COURT:  Mr. Sauber, you should understand that now that you've been placed under oath that anything you say to me in response to the questions I'm going to ask you could be used against you at some later time if you were charged with perjury for making a false statement.  Do you understand that?

MR. SAUBER:  I understand that, sir.

THE COURT:  And understanding that, do you want to answer the questions presented to you?

MR. SAUBER:  I do.

THE COURT:  I need to have you indicate on the record your age.

MR. SAUBER:  Sixty-eight, your Honor.

THE COURT:  Okay.  And you are an attorney; is that right?

MR. SAUBER:  Yes, sir.

THE COURT:  Okay.  And I did receive this binder which contained the plea agreement that has been agreed to in this case.  So what I'll do is have government counsel go through the agreement indicating what the terms of the agreement are, and as you go through them I will have Mr. Sauber indicate as the corporate representative whether he understands those terms and agrees to them.

MS. MALLOY:  Yes, your Honor.  Would you like me

to submit to the podium and do that?

THE COURT:  Yes.

MS. MALLOY:  Your Honor, I would normally go through the entire agreement, and if there's something that you think I should not cover, please let me know.  For example, the trial rights --

THE COURT:  I'll deal with the trial rights that are being waived.  You don't have to cover those, but you can go through it paragraph by paragraph.  And as you go through them I will just as I say ensure that counsel on behalf of the corporation understands those terms of the agreement.

MS. MALLOY:  I will cover the key terms.

THE COURT:  Okay.

MS. MALLOY:  Yes, your Honor.  In Paragraph 1, the defendant agrees to waive its right to Grand Jury indictment and its right to challenge venue in the District of Columbia, and to plead guilty to the criminal information charging one count of conspiracy to commit healthcare fraud in violation of the Title 18, United States Code Section 1349.

Paragraph 6, describes the relevant considerations for entering into the plea agreement including HMA and Carlisle's agreement to enter into a global resolution with the following key components; Number one, defendant's guilty

plea and agreement to pay a $2.548 million fine, a non-prosecution agreement with Health Management Associates for acquiring HMA and its parent company, to cooperate, abide by the terms of a corporate integrity agreement with HHS/OIG and pay a monetary penalty of $35 million, which your Honor, I would note has already been paid in this case.

Third, a civil settlement agreement with the United States, an agreement to pay $74.9 million, which I might add, your Honor, has already been executed.  The civil settlement amount has already been paid and a Notice of Dismissal against HMA and its subsidiaries have already been filed.

In Paragraph 7, the defendant agrees to abide by all terms and obligations under the plea agreement including pleading guilty, abiding by all sentencing stipulations, appearing in court as ordered, to commit no further crimes, to be truthful with the Court and to pay the applicable financial amounts and special assessment.

Paragraph 8, contains the United States agreement. The Fraud Section agrees not to file additional criminal charges against the defendant or its direct or indirect affiliates, parents, subsidiaries, or joint ventures relating to the conduct described in Exhibit 1, except for the charges specified in a non-prosecution agreement between the Fraud Section of DOJ.

Your Honor, I can do the factual basis for the plea later or we can cover it now if you'd like.

THE COURT:  One moment.  Mr. Sauber, those representations about the terms of the agreement and the obligations that the corporation will have as a result of the agreement, do you understand on behalf of the corporation those terms?

MR. SAUBER:  Yes, your Honor.

THE COURT:  And you're agreeable on behalf as the corporate representative of those terms?

MR. SAUBER:  Yes sir.

THE COURT:  Okay.  You can go ahead and do the factual proffer.

MS. MALLOY:  Yes, your Honor.  During the time period 2008 through 2012, Health Management Associates, Inc. referred to as HMA was a publicly-traded Delaware-based for-profit corporation headquartered in Naples, Florida that indirectly owned and operated at various times over 70 general acute care for-profit hospitals primarily in rural communities across the United States.

The defendant, Carlisle HMA, LLC, was a wholly-owned, indirect subsidiary of HMA and operated a small rural hospital located in Carlisle, Pennsylvania.

Company A was one of the companies that HMA contracted with to provide emergency department physician

and management services at HMA hospitals.  Under its contracts with HMA hospitals including its contract with Carlisle, Company A billed and received payments from Federal healthcare programs for physician services provided at HMA Hospitals.

From in and around May 2008 to in and around February of 2012, HMA contracted with Company A to staff Carlisle Regional Medical Center's emergency department. From in and around September 2010 to February 2012, HMA contracted with Company A to provide hospitalist services at Carlisle Regional Medical Center.

From in or around February 2012 to at least December 2012, HMA contracted with another third party emergency department physician and management service to staff the emergency department at Carlisle Regional Medical Center.

From at least 2008 to at least 2013, Carlisle was enrolled as a provided in the Medicare, Medicaid and TRICARE programs, and billed and received payment from these Federal healthcare programs.  At certain times between 2010 and 2014, Carlisle submitted annual hospital costs reports to the Medicare program covering the time periods July 2009 to June 2012.

Beginning in 2008 and continuing through at least 2012, certain administrators at Carlisle acting as agents of

Carlisle at least in part for the benefit of Carlisle and within the scope and course of their employment and authority at Carlisle certain executives of HMA, certain administrators at the HMA Hospitals and certain administrators and executives of Company A and others, conspired to execute a scheme and artifice to defraud Federal healthcare programs; that is, Medicare, Medicaid and TRICARE.

As part of the scheme to defraud, HMA offered and paid unlawful remuneration to Company A in the form of service contracts at HMA hospitals including at Carlisle, in return for emergency department inpatient admissions, recommendations, and admissions at HMA hospitals including at Carlisle that were not medically necessary.

It was the purpose of the conspiracy for certain administrators at Carlisle, certain executives at HMA, certain administrators at the HMA hospitals, certain executives and administrators of Company A, and others, to unlawfully enrich and benefit the HMA hospitals including Carlisle HMA, Company A, and themselves by unlawfully pressuring and inducing physicians serving HMA hospitals including Carlisle, including but not limited to physicians who work for Company A to increase the number of emergency department patient admissions without regard to medical necessity.

Also that the HMA hospitals including Carlisle could bill and obtain reimbursement for higher paying inpatient hospital care as opposed to observation or outpatient care from Federal healthcare programs and increase HMA's revenue.

Beginning in or around September 2008, HMA executives instituted a formal and aggressive plan to improperly increase overall emergency department inpatient admissions rates at all HMA hospitals. As part of the plan HMA executives set mandatory company-wide admission rate benchmarks for patients presenting to HMA hospital emergency departments. It was a range of 15 to 20 percent for all patients presenting to the emergency department depending on the HMA hospital, and then 50 percent for patients 65 and older, Medicare beneficiaries solely to increase HMA revenues.

These mandatory admission rate benchmarks were not put in place to improve the level of patient care, were not based on an assessment of the medical needs of the patient mix at particular hospitals, or the medical services at particular hospitals were equipped to provide to patients. The benchmark admission rates set by HMA executives for Carlisle was 20 percent for all patients presenting to the emergency department, and then 50 percent for patients 65 and older. Even though Carlisle's historical admissions

rate was around 10 to 13 percent, which was in line with ED admission rates for other similar hospitals, and Carlisle lacked specialty care to treat many seriously ill patients.

Specifically, Carlisle was not a trauma center, and did not have 24-hour interventional cardiology, cardiac surgery, neurology, or neurosurgery services to treat heart attack or stroke victims, and did not have an inpatient pediatric unit.  Hershey Medical Center, a major university hospital and a Level 1 trauma center was located within 40 miles of Carlisle.

HMA executives and HMA hospital administrators, including Carlisle Administrators A and B, executed the scheme by pressuring, coercing and inducing physicians to meet mandatory admission rate benchmarks and admit patients who did not need inpatient admission through a variety of means, including by threatening to fire physicians and medical directors if they did not increase the number of patients admitted to the 20 percent threshold.

Your Honor, we have a more full sum Statement of Facts set forth in Exhibit 1 to the plea agreement, which has been agreed to by the parties, so I would incorporate that by reference to my remarks, but that is the overall summary of the factual basis for the plea.

THE COURT:  That was not signed by Mr. Sauber, right?

MS. MALLOY:  It's incorporated by reference into the plea agreement that has been signed by the corporate representatives, your Honor.

THE COURT:  Mr. Sauber, do you agree with that incorporation?

MR. SAUBER:  Yes, sir, I do.

THE COURT:  Very well.  In reference to what you read in order to assist the court reporter can you provide her with a copy of what you just indicated, so if there's a transcript needed she'll have that?

MS. MALLOY:  Yes, your Honor, I'd be happy to.

THE COURT:  This is as I understand an 11(C)(1)(c) agreement, right?

MS. MALLOY:  Yes, your Honor, it is.

THE COURT:  Which means that I have to agree to the terms of it for it to be finalized?

MS. MALLOY:  Yes, your Honor.

THE COURT:  Let me just ask now this case as I understand was initiated as a -- well, a related civil matter which was a qui tam matter.

MS. MALLOY:  Yes, your Honor.

THE COURT:  I know from the submissions in that case that the relaters in that case are going to be seeking to recovery a portion of whatever the government was able to recover as a result of this case.  And I assume that will be

from the amount of money that has been agreed to be paid as a penalty in reference to this case?

MS. MALLOY:  Actually, your Honor, I can explain how the global resolution works if you would like me to do that at this point in time.

THE COURT:  Yes.

MS. MALLOY:  So what I can tell you is that the parties --

THE COURT:  And I do that because obviously the loss that occurred as a result of the fraud are the taxpayers.

MS. MALLOY:  Yes, your Honor.  Yes, your Honor, absolutely.

THE COURT:  The taxpayers should be made whole, but I assume that that will not necessarily be the case if the relators are going to receive a portion of whatever money that was recovered, that they will receive a portion of that?

MS. MALLOY:  Yes, your Honor, I can explain how it works.  In this particular case there was a global resolution that the company entered in to with the Civil Division of the Department of Justice and several United States Attorney's Offices in the criminal division and fraud section.  And overall the global resolution as the Court is aware is over $260 million.  But the portion of that

settlement that relates to this conduct that's at issue in the criminal matters and the related civil matter is as follows:

The qui tam that covers the emergency department admissions issues there are several qui tams.  There are eight qui tams that are covered by one of the settlement agreements, and that's the settlement agreement that's incorporated by reference into the plea agreement.  Under that agreement there's a $74 million civil settlement amount, that's paid.  And that covers these types of issues at a number of hospitals HMA wide.

And so the loss to the Federal healthcare programs that was borne by the conduct that's at issue in the criminal information, the broader conspiracy, the Federal government healthcare programs will be made whole under that Federal civil settlement amount.  The civil division ensures that the affected Federal government programs receive the amount that they have been defrauded pursuant to this scheme.  And so there's a number in the settlement agreement that speaks to what the restitution amount is, and that's laid out in the agreement.

As it relates to the claims in the criminal case there's about $30 million of that amount is actually the restitution amount that is owed and has already been paid back to the Federal programs, or has been received by the

government under that part of the agreement.  In addition to that, the Department of Justice's criminal division entered into a non-prosecution agreement with HMA LLC which is the former parent company of Carlisle Regional Medical Center.

And under the terms of that non-prosecution agreement, HMA agreed to pay a $35 million criminal monetary penalty, which covers the conduct at all of the hospitals, a penalty for all the hospitals with the exception of Carlisle Regional Medical Center.  So the specific amount that is put into our plea agreement relates solely to the conduct and the harm that was caused by this particular hospital.  And therefore, the guidelines calculation is based on Carlisle's conduct alone.

So together total all of those amounts, the civil settlement amount; that is, the $74 million civil settlement amount.  The criminal penalty under the non-prosecution agreement which is $35 million, and the criminal fine proposed in this case $2.5 million is roughly $110 million.  And I can say to your Honor that's roughly three times the amount of money that is related to the claims that the government would contend were at issue based on the conduct in this case.

THE COURT:  Okay.  Mr. Sauber, on behalf of the corporation you have agreed to the incorporation of Exhibit 1 into the plea agreement, which is the Statement of Facts.

But on behalf of the corporation do you agree that the Statement of Facts is in fact true and accurate?

MR. SAUBER:  I do, your Honor.

THE COURT:  Are there any modifications of it that need to be made?

MR. SAUBER:  No, sir.

THE COURT:  Okay.  Government, go over what the guideline calculations are in this case?

MS. MALLOY:  Yes, your Honor.  I can proceed with that the guidelines calculation is contained on page 8 of the plea agreement in paragraphs 13 and 14.  The parties agree that the 2016 guidelines apply.  And based on 2(B)(1.1) the parties agree that the base offense level is seven, that the amount of loss is greater than $250,000, and less than $550,000 so that's a plus 12.

The p[arties agree that the sophisticated means enhancement applies.  That's an additional plus two.  So we get to our -- excuse me, let me go to the calculation itself.

So based on 8C2.4(a)(1) and 8C2.4(e), the base fine is $910,000.  And then, your Honor, we have to calculate the defendant's culpability score which is seven based on a base of five, an addition of three points for the organization having 200 or more employees and an individual within a high-level personnel of the organization

participating in, condoning, or being willfully ignorant of the offense.

The corporation gets a minus one for acceptance of responsibility which leads to a total culpability score of seven. So applying the multipliers for a culpability score of seven to the $910,000 base fine amount, you get a minimum multiplier of 1.4, and a maximum multiplier of 2.8 for a fine range of $1,274,000 to $2,548,000. And within that guideline range the parties have agreed to that a fine of 2,548,000 is appropriate here.

The (c)(1)(C) recommendation is a fine in that amount. A mandatory assessment of $400. And then with respect to restitution as I mentioned earlier, your Honor, the parties' position is that the Federal healthcare programs who are the identified victims of the fraud have been made whole through the Civil Fraud Claims Act settlement for the related conduct, and so therefore restitution is not mandatory.

THE COURT: Mr. Sauber, you understand on behalf of the corporation the guideline calculations in this case?

MR. SAUBER: I do, your Honor.

THE COURT: And you agree that what the government just indicated regarding those calculations is in fact correct?

MR. SAUBER: Yes, sir.

THE COURT:  And you also agree that the amount of fine as calculated indicated by the government is in fact correct?

MR. SAUBER:  Yes, sir.

THE COURT:  And also the special assessment of $400 you agree that that's correct?

MR. SAUBER:  Yes.

THE COURT:  And also regarding restitution, you agree that the amount of restitution indicated by the government is, in fact, the appropriate amount?

MR. SAUBER:  Yes, your Honor.

THE COURT:  Also in reference to the period of probation which is five years, you agree that that is in fact an appropriate amount of probation authorized by law?

MS. MALLOY:  Yes, your Honor.  I'm sorry, I don't mean to speak for Mr. Sauber.  But I -- there's a maximum, there's a maximum term of five years probation for a felony offense.  In the situation that is the maximum penalty. However, I read 18 USC Section 3551(c) that's the authorized sentences for organizations to mean that, and it states as follows, your Honor; an organization found guilty of an offense shall be sentenced in accordance with the provisions of Section 3553(2)(1), a term of probation as authorized by Subchapter B or two, a fine as authorized by Subchapter C.

I read that provision and I believe I can speak

for Mr. Sauber as well that --

THE COURT:  Probation can be appropriate, but --

MS. MALLOY:  It can be.

THE COURT:  It can be not imposed.

MS. MALLOY:  Yes, it cannot be imposed.  There's no mandatory minimum in other words of one year as opposed. If a fine was not imposed it would be required to impose a term of probation, but since we're recommending a fine that a term of probation is not necessary, but if you did it would be one to five.

THE COURT:  Okay.  You agree with that, counsel?

MR. SAUBER:  Yes, sir.

THE COURT:  Okay.  What other provisions do you need to cover?

MS. MALLOY:  Yes, your Honor.  I can continue just along the lines of the (c)(1)(C) recommendation on page 10. Paragraph 16, the defendant understands that the Court has complete discretion to accept or reject the sentencing recommendation by the parties, and inform the parties of their rights if the Court rejects the recommended sentence.

Paragraph 17 to 18 contains the parties' agreement that the plea agreement and its exhibits together with the record of this hearing will provide sufficient information concerning the defendant, the crime charged, and the defendant's role to enable the Court to meaningfully

exercise its sentencing authority under 18 U.S.C. Section 3553(a).  Therefore, the parties agree to waive their requirement of the PSR.  On page 22, there are several provisions that relate to breach of the agreement.  I can cover those if the Court would like me to, but I --

THE COURT:  Yes.

MS. MALLOY:  Okay.  Paragraph 20, describes the process to be followed in the event the Fraud Section believes the defendant has breached the plea agreement.

Paragraphs 21 to 22, describes the consequences to the defendant if DOJ determines the defendant has breached.  First, DOJ would be released from its obligations; second, the defendant could not withdraw its guilty plea; and third, the DOJ would be able to use any statements against it without any limitation.

Paragraph 23, and 23 rather, the defendant understands and agrees that the Rule 11 (c)(1)(C) plea in its agreed upon disposition are wholly depended on HMA and HMA parents' compliance with the material terms of the non-prosecution agreement, and HMA's timely compliance of the material terms of the civil settlement agreement.  And your Honor, as I mentioned earlier, the core material terms in those agreements relate to the payment of the monies due under those agreements which has already happened in civil settlement agreement being entered into which has happened

and further compliance obligations that the company has agreed to undertake under the Corporate Integrity Agreement, which the government has every expectation that the company will do.

And second, the failure by the defendant to comply with the material terms of the agreement or HMA and HMA parent to comply fully with the material terms of the civil settlement agreement will constitute a breach of this agreement.

Paragraph 24, describes additional consequences of breach; namely, that DOJ is relieved of any obligations it has in the agreement and the non-prosecution agreement.  The defendant would not be relieved of its obligations to make payments set forth in the agreement, nor entitled to a return of monies already paid which are the monies that were paid under the NPA in the civil settlement agreement; and third, DOJ may pursue any and all charges that might otherwise not have been brought, but put forth in the agreement.

And then paragraph 14, relates to public statements by defendants stating that the defendant agrees that it shall not make any public statement in litigation, or otherwise contradicting the acceptance of responsibility by the defendants described in the criminal information or in Exhibit 1 to the plea agreement.  And then there's a

process outlined for what happens if the Department believes the defendant is in breach of this obligation.

And then finally, your Honor, paragraph 27, states that this is the complete agreement between the parties that's captured in the plea agreement.

THE COURT:  I also understand that if there is a breach of the agreement, and if the government does decide to as a result of that breach charge additional crimes against the corporation that there is a waiver of any statute of limitation defense and also a waiver of any speedy trial argument; is that correct?

MS. MALLOY:  Yes, your Honor, that's correct.  And there's one more -- I want to point out to the Court that we did not cover before we went into the guidelines calculation is the appellate waivers if the Court would indulgence me on that.

THE COURT:  Yes.

MS. MALLOY:  On page 6, the defendant -- I'm sorry, it's the -- give me just one minute, your Honor. Okay.  I'm sorry.  On paragraph, in Paragraph 11 on page 6, the defendant is waiving the right to appeal or collaterally attack the conviction and any sentence under the statutory maximum sentence on any ground.  The defendant is waiving all defenses based on the statute of limitations and venue with respect to any prosecution relating to the conduct

described in Exhibit one or in the information including any prosecution that is not time barred on the date the agreement is signed in the event the conviction is later vacated.

The defendant violates the plea agreement or the plea is later withdrawn the only acceptance to the appellate rights, your Honor, the defendant is not precluded from raising a claim of ineffective assistance of counsel.

THE COURT:  And what about if the guidelines were to change, would that be something that could be raised on appeal?

MS. MALLOY:  I do not believe so, your Honor, so long as the (C)(1)(c) is accepted and entered.

THE COURT:  What about collateral attack, is that also being waived?

MS. MALLOY:  It is being waived, your Honor.

THE COURT:  And is there an exception to that regarding ineffective assistance of counsel?

MS. MALLOY:  Yes, your Honor.

THE COURT:  Also regarding newly discovered evidence, I assume that's not a part of this?

MS. MALLOY:  Let me check on that, your Honor.

[Brief pause.]

MS. MALLOY:  No, your Honor, that is not included in our agreement.

THE COURT: Okay. Mr. Sauber, you heard everything that the government has represented regarding this plea agreement?

MR. SAUBER: Yes sir.

THE COURT: And you on behalf of the corporation fully understand what the government represented and agree to that?

MR. SAUBER: Yes, sir.

THE COURT: Anything else in the agreement other than the trial rights that are being waived that government counsel needs to cover?

MS. MALLOY: No, your Honor.

THE COURT: Okay. Counsel, on behalf of the corporation as I'm sure you appreciate there is a right to have this case indicted by the Grand Jury. The Grand Jury consists of 23 people selected from the community. And at least 16 of those people have to be present in order to proceed, and at least 12 of those individuals have to vote to indict this case in order for this case to go forward. Do you understand that?

MR. SAUBER: Yes, your Honor.

THE COURT: And I do have this document entitled Waiver of Indictment, which appears to have your signature on it. Did you in fact sign this?

MR. SAUBER: I did, sir.

THE COURT:  And you do appreciate on behalf of the corporation that by signing this document and by entering a plea of guilty that you're giving up your right to have your case heard by the Grand Jury and indicted by the Grand Jury?

MR. SAUBER:  Yes, your Honor.

THE COURT:  Now the corporation does have a right to enter a plea of not guilty, and by entering a plea of not guilty you would be forcing the government to take this case to trial.  During that trial the government would have the burden of proving the corporation guilty beyond a reasonable doubt.  And the corporation would have the right to have the assistance of counsel during a trial.  Do you understand that?

MR. SAUBER:  Yes, I do, sir.

THE COURT:  Do you understand that the corporation is giving up all of those rights?

MR. SAUBER:  I do, sir.

THE COURT:  You also understand, I'm sure, the corporation does have a right to a speedy trial.  And that means the government has an obligation to bring the case to trial within a reasonable period of time.  If the government doesn't do that then this case could be dismissed on the grounds was not given a speedy trial.  Do you understand that?

MR. SAUBER:  I do, sir.

THE COURT:  And the corporation understands that its giving up that right by entering a plea of guilty?

MR. SAUBER:  It does.

THE COURT:  You also understand, I'm sure, on behalf of the corporation that if the corporation wanted to go to trial that there would be either the right to a trial before a Judge, which means the evidence would be presented to me, and I would have to decide whether the government has proven the charges against the corporation beyond a reasonable doubt.  Or if the corporation would have a right to a trial before a jury, which means that 12 people selected from the community would hear the case, and all 12 of those people would have to agree that the government had proven its case beyond a reasonable doubt in order to justify the return of the guilty verdict.  Do you understand that?

MR. SAUBER:  I understand that, sir.

THE COURT:  I do have this document entitled, Waiver of Trial by Jury, what again appears to have your signature on it.  Did you sign this on behalf of the corporation?

MR. SAUBER:  I did, your Honor.

THE COURT:  And do you understand that by signing this document and entering a plea of guilty that you're giving up both the corporation's right to a trial before a

judge and the right to a trial before a jury?

MR. SAUBER:  I understand that, sir.

THE COURT:  You also should understand that if your client wanted to go to trial that during the trial the government would have to bring into court those people who are supposed to know something about this case.  Each of those individuals would have to take an oath to testify truthfully, would have to testify with the corporate representative in the courtroom, and after the government's lawyer finished questioning those witnesses you or some other lawyer on behalf of the corporation would have the right to cross-examine or question each of those witnesses.  Do you understand that?

MR. SAUBER:  I do.

THE COURT:  And do you understand that by entering a plea of guilty that the corporation is giving up all of those rights?

MR. SAUBER:  I understand that, sir.

THE COURT:  Also if the corporation wanted to go to trial during the trial the corporation would have a right to bring into court any witnesses who could testify to help the corporation.  Do you understand that?

MR. SAUBER:  Yes, sir.

THE COURT:  Also, if those individuals were not willing to voluntarily come into court, you have the right

to have the Court force them to appear.  Do you understand that?

MR. SAUBER:  Yes, sir.

THE COURT:  And also during the course of the trial the corporation would have the right to have its corporate representative testify on behalf of the corporation.  Do you understand that?

MR. SAUBER:  Yes.

THE COURT:  And do you understand that by entering a plea of guilty that the corporation is giving up all of those rights also.

MR. SAUBER:  Yes sir, I do understand.

THE COURT:  You also should understand that if the corporation wanted to go to trial that during the trial the corporation would have what is called the right or privilege against self-incrimination, which means no one on behalf of the corporation could be required to testify on behalf of the corporation.  If that decision was made I as the Judge nor the jury could say to itself that merely because the corporation was not testifying on its behalf is some indication that the corporation is guilty.  Do you understand that?

MR. SAUBER:  I do, sir.

THE COURT:  And I assume you understand that the corporation is giving up that right by entering a plea of

guilty?

MR. SAUBER:  Yes, sir.

THE COURT:  And you do agree in reference to the appellate rights that are giving up and the limited rights that are retained as a result of the agreement, you do agree with that?

MR. SAUBER:  I do, sir.

THE COURT:  And has anybody threatened, forced, or coerced the corporation to enter a plea of guilty in this case?

MR. SAUBER:  No, sir.

THE COURT:  And has anybody told or suggested to the corporation that merely because it was pleading guilty necessarily meant that it was going to be given a lighter sentence?

MR. SAUBER:  No, sir.

THE COURT:  And as the corporate representative is the corporation satisfied with the legal presentation that's been provided?

MR. SAUBER:  Yes, sir.

THE COURT:  Are there any complaints whatsoever that you as the corporate representative want to make on behalf of the corporation regarding qualify of representation?

MR. SAUBER:  None that I am aware of.

THE COURT:  And is it the corporation's position that this is in its best interest to enter a plea of guilty?

MR. SAUBER:  It is, your Honor.

THE COURT:  And is the corporation convinced that based upon what the government knows about this case if the case went to trial the government would be able to prove its guilt beyond a reasonable doubt?

MR. SAUBER:  Yes, sir.

THE COURT:  Okay.  Any other inquiries I need to make of counsel on behalf of the corporation before I have the corporation enter a plea of guilty?

MS. MALLOY:  No, your Honor.

THE COURT:  Okay.  On behalf of the corporation as the corporate representative as to the charge of conspiracy to commit healthcare fraud, how does the corporation plead, guilty or not guilty?

MR. SAUBER:  Carlisle HMA, LLC pleads guilty, your Honor.

THE COURT:  Very well.  I will accept the plea of guilty concluding that it is a knowing and intelligent plea on behalf of the corporation through its corporate representative, and that it has been knowingly and intelligently entered by the corporation.  Now, you're asking me to go to sentencing at this time; is that right?

MS. MALLOY:  Yes, your Honor, I am.  Before we do

that, your Honor, just for the record a couple of housekeeping matters, if I might.  I'm not sure that we covered what the maximum and mandatory minimum penalties were, so I'd like to go over those at this time if you would allow me.

THE COURT:  That's fine.

MS. MALLOY:  With respect to the maximum fine it's the greater of $500,000 or twice the pecuniary gain or -- I'm sorry, twice the gross gain or twice the gross loss from the offense.  With respect to probation the maximum term is five years, and there's a mandatory special assessment of $400 per count.

THE COURT:  And Mr. Sauber, you understand those maximum penalties that apply in this case?

MR. SAUBER:  I do, your Honor.

THE COURT:  And on behalf of the corporation you are agreeing to plead guilty despite those maximum penalties?

MR. SAUBER:  Yes sir.

THE COURT:  Very well.  Again, I would conclude that the plea is knowingly and intelligently entered on behalf of the corporation through its corporate representative.

MS. MALLOY:  Your Honor, if I may interject, again, my apologies.  I do not believe we covered the

elements of the offense and so I would, I can do that, your Honor.

THE COURT:  Yes, please.

MS. MALLOY:  Okay.  Yes, sir.  The criminal information charges the defendant with conspiring under Title 18, United States Code, Section 1349 to commit healthcare fraud.  The defendant understands that to be guilty of this offense the following elements of the offense must be satisfied; first, the defendant and one or more persons, in some way or manner, agreed to try to accomplish a common and unlawful plan.  Second, the defendant knew the unlawful purpose of the plan; that is, a plan to commit healthcare fraud as charged in the information.

The defendant willfully joined in the unlawful plan.  Each element of the offense was committed by one or of the defendant's agents, and in committing those acts, the agent or agents intended, at least in part, to benefit the defendant; and each act was in the course and scope of the agents or agents' employment.

THE COURT:  Mr. Sauber, on behalf of the corporation you understand those elements the government would have to prove beyond a reasonable doubt?

MR. SAUBER:  I do, your Honor.

THE COURT:  Very well.  Okay.  As I indicated when we started this proceeding, I always do have some concerns

in these cases about whether the individuals who are actually culpable for conducting the crime, whether they in some way are held accountable for the behavior, but I also respect the government's assessment as to how it should proceed in a case.

And as I understand the terms of the agreement does not preclude the government from proceeding against those individuals if it deems it appropriate to do so. Under those circumstances and considering that the government has represented that the taxpayers are, in fact, fully compensated for the fraud that took place, and the government's assessment that the amount of the fine that's being imposed is, in fact, adequate punishment in this case, I would agree with the government's conclusion about what the appropriate penalties are and the corporation's agreement that those penalties are appropriate also.

And therefore, would impose the penalties as agreed to by the parties which as I understand is a fine in the amount of $2,548,000; is that right?

MS. MALLOY:  Yes, your Honor.

THE COURT:  And also the 35,000 amount is, what is that in reference to?

MS. MALLOY:  Yes, your Honor.  The $35,000,000 amount is the amount of the monetary penalty that HMA, LLC, the defendant's parent company, is paying to

the government for the broader conspiracy and the amounts attributable to the other hospitals.

THE COURT:  That's in addition to the $2.5 million?

MS. MALLOY:  Yes, your Honor.

THE COURT:  Very well.  And the $74,000,000 amount, what is that in reference to?

MS. MALLOY:  Yes, your Honor.  That is the amount of the civil, the companion and related civil settlement amount that encompasses the related Civil Fault Claims Act claims relating to medically and necessary emergency admissions and other claims.  And as I've stated to the Court earlier that is the amount that covers the restitution amounts that are payable and due to Medicare, Medicaid and TRICARE, and those payments have already been made to the defendant to the United States.  And they will be readmitted to those Federal healthcare programs as soon as practical.

THE COURT:  So that would be included in the Judgment and Commitment Order as the restitution amount?

MS. MALLOY:  Well, actually I don't -- I think the way the agreement reads and the way that would be consistent with other cases that I've handled that are similar to this is that there is no need for restitution to be imposed. There's no need for a restitution order because it has already been paid through the civil settlement agreement, so

we would just simply request the judgment and commitment state the criminal fine and the special assessment amount.

THE COURT:  Anything else in reference to the penalty in this case?

MS. MALLOY:  No, your Honor.

THE COURT:  Mr. Sauber, anything else from you in reference to the penalties?

MR. SAUBER:  No, sir, your Honor.

THE COURT:  Very well.  As I said I would conclude that what's been agreed upon would seem to be fair and just, and adequate remuneration to the taxpayers for what took place here.  And since the government has retained the right to proceed against the individual perpetrators of this fraud, I would conclude that the agreement is, in fact, fair and justice, and therefore, pursuant to Rule 11(c)(1)(C) would accept the plea agreement of guilty and the agreed upon penalties.

Anything else?

MS. MALLOY:  No, your Honor.  Not from the government.

THE COURT:  Thank you.

MR. SAUBER:  Thank you.

MS. MALLOY:  Thank you.

[Thereupon, the proceedings adjourned at 11:19 a.m.]

CERTIFICATE

I, Cathryn J. Jones, an Official Court Reporter for the United States District Court of the District of Columbia, do hereby certify that I reported, by machine shorthand, the proceedings had and testimony adduced in the above case.

I further certify that the foregoing 37 pages constitute the official transcript of said proceedings as transcribed from my machine shorthand notes.

In witness whereof, I have hereto subscribed my name, this the 13th day of December, 2018.

/s/_Cathryn J. Jones
Cathryn J. Jones, RPR
Official Court Reporter

MR. SAUBER: [60]
MS. MALLOY: [43]
THE COURT: [99]
THE DEPUTY CLERK: [3] 2/1 2/23 3/4

**$**

**$1,274,000 [1]** 19/8
**$110 [1]** 17/18
**$2,548,000 [2]** 19/8 35/19
**$2.5 [2]** 17/18 36/3
**$2.5 million [1]** 17/18
**$2.548 [1]** 8/1
**$2.548 million [1]** 8/1
**$250,000 [1]** 18/14
**$260 [1]** 15/25
**$260 million [1]** 15/25
**$30 [1]** 16/23
**$30 million [1]** 16/23
**$35 [3]** 8/5 17/6 17/17
**$35 million [3]** 8/5 17/6 17/17
**$35,000,000 [1]** 35/24
**$35,000,000 amount [1]** 35/24
**$400 [3]** 19/12 20/6 33/12
**$500,000 [1]** 33/8
**$550,000 [1]** 18/15
**$74 [2]** 16/9 17/15
**$74 million [1]** 16/9
**$74,000,000 [1]** 36/7
**$74,000,000 amount [1]** 36/7
**$74.9 [1]** 8/8
**$74.9 million [1]** 8/8
**$910,000 [2]** 18/21 19/6

**.**

**.x [1]** 1/6

**/**

**/s [1]** 38/13

**1**

**1.1 [1]** 18/13
**1.4 [1]** 19/7
**10 [2]** 13/1 21/16
**10:33 [1]** 1/6
**11 [4]** 14/12 22/17 24/20 37/15
**11:19 [1]** 37/24
**12 [4]** 18/15 26/18 28/11 28/12
**13 [2]** 13/1 18/11
**1349 [3]** 2/18 7/21 34/6
**13th [1]** 38/11
**14 [2]** 18/11 23/20
**15 [1]** 12/12
**16 [2]** 21/17 26/17
**17 [1]** 21/21
**18 [6]** 2/17 7/20 20/19 21/21 22/1 34/6
**18-288 [2]** 1/4 2/4
**1801 [1]** 1/17

**2**

**2,548,000 [1]** 19/10
**2.8 [1]** 19/7
**20 [2]** 12/12 22/7
**20 percent [2]** 12/23 13/18
**200 [1]** 18/24
**20001 [1]** 1/22

**20006 [1]** 1/18
**2008 [6]** 3/1 9/15 10/6 10/17 10/24 12/6
**2009 [1]** 10/22
**2010 [2]** 10/9 10/20
**2012 [8]** 3/1 9/15 10/7 10/9 10/12 10/13 10/23 10/25
**2013 [1]** 10/17
**2014 [1]** 10/21
**2016 [1]** 18/12
**2018 [2]** 1/5 38/11
**202 [1]** 1/18
**20530 [1]** 1/13
**21 [1]** 22/10
**22 [2]** 22/3 22/10
**23 [3]** 22/16 22/16 26/16
**24 [1]** 23/10
**24-hour [1]** 13/5
**27 [1]** 24/3
**288 [2]** 1/4 2/4

**3**

**333 [1]** 1/22
**35,000 [1]** 35/21
**3551 [1]** 20/19
**3553 [2]** 20/23 22/2
**37 [1]** 38/7

**4**

**40 miles [1]** 13/10
**411-L [1]** 1/17
**4506 [1]** 1/18

**5**

**50 [2]** 12/14 12/24

**6**

**65 [2]** 12/14 12/24
**6521 [1]** 1/21

**7**

**70 [1]** 9/18
**775-4506 [1]** 1/18

**8**

**8C2.4 [2]** 18/20 18/20

**A**

**a.m [2]** 1/6 37/25
**abide [2]** 8/4 8/13
**abiding [1]** 8/15
**able [3]** 14/24 22/14 32/6
**about [8]** 9/4 16/23 25/9 25/14 29/6 32/5 35/1 35/14
**above [1]** 38/6
**absolutely [1]** 15/13
**accept [3]** 21/18 32/19 37/16
**acceptance [3]** 19/3 23/23 25/6
**accepted [1]** 25/13
**accomplish [1]** 34/10
**accordance [1]** 20/22
**accountable [1]** 35/3
**accurate [1]** 18/2
**acquiring [1]** 8/3
**across [1]** 9/20
**act [3]** 19/16 34/18 36/10
**acting [1]** 10/25
**acts [1]** 34/16

**actually [4]** 15/3 16/23 35/2 36/20
**acute [1]** 9/19
**add [1]** 8/9
**addition [3]** 17/1 18/23 36/3
**additional [4]** 8/20 18/17 23/10 24/8
**adduced [1]** 38/5
**adequate [2]** 35/13 37/11
**adjourned [1]** 37/24
**administrators [8]** 10/25 11/4 11/5 11/16 11/17 11/18 13/11 13/12
**admission [6]** 12/10 12/17 12/22 13/2 13/14 13/15
**admissions [7]** 11/12 11/13 11/24 12/9 12/25 16/5 36/12
**admit [1]** 13/14
**admitted [1]** 13/18
**advised [1]** 4/16
**affected [1]** 16/17
**affiliates [1]** 8/22
**after [1]** 29/9
**again [4]** 5/15 28/19 33/20 33/25
**against [10]** 2/16 6/5 8/11 8/21 22/14 24/9 28/9 30/16 35/7 37/13
**age [1]** 6/13
**agent [1]** 34/17
**agents [4]** 10/25 34/16 34/17 34/19
**agents' [1]** 34/19
**aggressive [1]** 12/7
**agree [19]** 5/13 14/4 14/15 18/1 18/12 18/13 18/16 19/22 20/1 20/6 20/9 20/13 21/11 22/2 26/6 28/13 31/3 31/5 35/14
**agreeable [1]** 9/9
**agreed [14]** 3/13 4/23 6/19 13/21 15/1 17/6 17/24 19/9 22/18 23/2 34/10 35/18 37/10 37/16
**agreeing [1]** 33/17
**agreement [72]**
**agreements [4]** 3/16 16/7 22/23 22/24
**agrees [6]** 6/24 7/16 8/13 8/20 22/17 23/21
**ahead [1]** 9/12
**aided [1]** 1/24
**all [15]** 4/20 8/14 8/15 12/9 12/12 12/23 17/7 17/8 17/14 23/17 24/24 27/16 28/12 29/16 30/10
**allow [1]** 33/5
**alone [1]** 17/13
**along [1]** 21/16
**already [9]** 8/6 8/9 8/10 8/11 16/24 22/24 23/15 36/15 36/25
**also [20]** 12/1 20/1 20/5 20/8 20/12 24/6 24/10 25/15 25/20 27/18 28/4 29/3 29/19 29/24 30/4 30/11 30/13 35/3 35/16 35/21
**always [2]** 5/1 34/25
**am [2]** 31/25 32/25
**AMERICA [1]** 1/3
**amount [33]** 4/20 4/22 4/23 8/10 15/1 16/10 16/16 16/18 16/20 16/23 16/24 17/9 17/15 17/16 17/20 18/14 19/6 19/12 20/1 20/9 20/10 20/14 35/12 35/19 35/21 35/24 35/24 36/7 36/8 36/10 36/13 36/19 37/2
**amounts [4]** 8/18 17/14 36/1 36/14
**annual [1]** 10/21
**another [2]** 4/3 10/13

## A

**answer [1]** 6/10
**any [15]** 18/4 22/14 22/15 23/11 23/17 23/22 24/9 24/10 24/22 24/23 24/25 25/1 29/21 31/21 32/9
**anybody [2]** 31/8 31/12
**anything [6]** 5/4 6/3 26/9 37/3 37/6 37/18
**apologies [1]** 33/25
**appeal [2]** 24/21 25/11
**appear [1]** 30/1
**appearance [1]** 2/20
**APPEARANCES [1]** 1/11
**appearing [1]** 8/16
**appears [2]** 26/23 28/19
**appellate [3]** 24/15 25/6 31/4
**applicable [1]** 8/17
**applies [1]** 18/17
**apply [2]** 18/12 33/14
**applying [1]** 19/5
**appreciate [2]** 26/14 27/1
**appreciates [1]** 5/10
**appropriate [7]** 19/10 20/10 20/14 21/2 35/8 35/15 35/16
**are [29]** 4/6 6/15 6/22 7/8 14/23 15/10 15/16 16/5 16/5 16/6 18/4 18/8 19/15 22/3 22/18 23/15 26/10 29/6 31/4 31/5 31/21 33/17 35/1 35/3 35/10 35/15 35/16 36/14 36/22
**argument [1]** 24/11
**around [6]** 10/6 10/6 10/9 10/12 12/6 13/1
**arraignment [1]** 2/20
**arrangements [1]** 4/4
**arties [1]** 18/16
**artifice [1]** 11/6
**as [57]**
**aside [2]** 4/21 4/23
**ask [3]** 2/4 6/4 14/18
**asking [1]** 32/24
**assessment [8]** 8/18 12/19 19/12 20/5 33/11 35/4 35/12 37/2
**assist [1]** 14/8
**assistance [3]** 25/8 25/18 27/12
**Assistant [1]** 1/12
**Associates [2]** 8/2 9/15
**assume [4]** 14/25 15/15 25/21 30/24
**attack [3]** 13/7 24/22 25/14
**attorney [1]** 6/15
**Attorney's [1]** 15/23
**attributable [1]** 36/2
**authority [2]** 11/3 22/1
**authorized [5]** 5/13 20/14 20/19 20/23 20/24
**authorizes [1]** 3/16
**Avenue [1]** 1/22
**aware [3]** 3/17 15/25 31/25

## B

**back [1]** 16/25
**barred [1]** 25/2
**base [4]** 18/13 18/20 18/23 19/6
**based [9]** 9/16 12/19 17/12 17/21 18/12 18/20 18/23 24/24 32/5
**basically [1]** 5/3
**basis [2]** 9/1 13/23
**be [45]**

**bear [1]** 4/14
**because [5]** 5/2 15/9 30/19 31/13 36/24
**been [23]** 2/25 3/20 4/23 5/24 6/3 6/19 8/6 8/9 8/10 8/11 13/21 14/2 15/1 16/18 16/24 16/25 19/16 23/18 31/19 32/22 36/15 36/25 37/10
**before [9]** 1/9 2/21 24/14 28/7 28/11 28/25 29/1 32/10 32/25
**beginning [3]** 3/1 10/24 12/6
**behalf [26]** 2/10 4/20 5/11 7/11 9/6 9/9 17/23 18/1 19/19 26/5 26/13 27/1 28/5 28/20 29/11 30/6 30/16 30/17 30/20 31/23 32/10 32/13 32/21 33/16 33/22 34/20
**behavior [1]** 35/3
**being [7]** 7/8 19/1 22/25 25/15 25/16 26/10 35/13
**believe [4]** 2/21 20/25 25/12 33/25
**believes [2]** 22/9 24/1
**benchmark [1]** 12/22
**benchmarks [3]** 12/11 12/17 13/14
**beneficiaries [1]** 12/15
**benefit [3]** 11/1 11/19 34/17
**best [1]** 32/2
**between [3]** 8/24 10/20 24/4
**beyond [5]** 27/10 28/9 28/14 32/7 34/22
**bill [1]** 12/2
**billed [2]** 10/3 10/19
**binder [1]** 6/18
**Board [2]** 3/11 5/13
**borne [1]** 16/13
**both [1]** 28/25
**breach [6]** 22/4 23/8 23/11 24/2 24/7 24/8
**breached [2]** 22/9 22/11
**Brief [1]** 25/23
**bring [3]** 27/20 29/5 29/21
**broader [2]** 16/14 36/1
**brought [1]** 23/18
**burden [2]** 4/15 27/10

## C

**calculate [1]** 18/22
**calculated [1]** 20/2
**calculation [4]** 17/12 18/10 18/18 24/14
**calculations [3]** 18/8 19/20 19/23
**called [1]** 30/15
**can [20]** 2/21 5/15 5/21 7/9 9/1 9/2 9/12 14/8 15/3 15/7 15/19 17/19 18/9 20/25 21/2 21/3 21/4 21/15 22/4 34/1
**cannot [1]** 21/5
**captured [1]** 24/5
**cardiac [1]** 13/5
**cardiology [1]** 13/5
**care [5]** 9/19 12/3 12/4 12/18 13/3
**CARLISLE [31]** 1/5 2/3 2/16 3/2 3/22 9/21 9/23 10/3 10/8 10/11 10/15 10/17 10/21 10/25 11/1 11/1 11/3 11/11 11/14 11/16 11/20 11/22 12/1 12/23 13/2 13/4 13/10 13/12 17/4 17/8 32/17
**Carlisle's [3]** 7/24 12/25 17/12
**case [33]** 2/23 6/20 8/6 14/18 14/23 14/23 14/25 15/2 15/15 15/20 16/22 17/18 17/22 18/8 19/20 26/15 26/19

26/19 27/4 27/8 27/20 27/22 28/12 28/14 29/6 31/10 32/5 32/6 33/14 35/5 35/13 37/4 38/6
**cases [2]** 35/1 36/22
**Cathryn [4]** 1/20 38/2 38/13 38/14
**caused [1]** 17/11
**center [7]** 10/11 10/16 13/4 13/8 13/9 17/4 17/9
**Center's [1]** 10/8
**certain [10]** 4/20 10/20 10/25 11/3 11/3 11/4 11/15 11/16 11/17 11/17
**CERTIFICATE [1]** 38/1
**certify [2]** 38/4 38/7
**challenge [1]** 7/17
**change [1]** 25/10
**charge [3]** 3/3 24/8 32/14
**charged [4]** 3/2 6/6 21/24 34/13
**charges [5]** 8/21 8/24 23/17 28/9 34/5
**charging [3]** 2/17 2/17 7/19
**check [1]** 25/22
**Chief [1]** 1/12
**circumstances [1]** 35/9
**civil [20]** 4/5 8/7 8/9 14/19 15/21 16/2 16/9 16/16 16/16 17/14 17/15 19/16 22/21 22/24 23/7 23/16 36/9 36/9 36/10 36/25
**claim [1]** 25/8
**claims [6]** 16/22 17/20 19/16 36/10 36/11 36/12
**Clerk [1]** 5/24
**client [1]** 29/4
**Code [2]** 7/20 34/6
**coerced [1]** 31/9
**coercing [1]** 13/13
**collateral [1]** 25/14
**collaterally [1]** 24/21
**COLUMBIA [3]** 1/2 7/18 38/4
**come [1]** 29/25
**comment [1]** 5/6
**commit [8]** 2/18 3/3 5/3 7/19 8/16 32/15 34/6 34/12
**commitment [2]** 36/19 37/1
**committed [1]** 34/15
**committing [1]** 34/16
**common [1]** 34/11
**communities [1]** 9/20
**community [2]** 26/16 28/12
**companies [1]** 9/24
**companion [1]** 36/9
**company [20]** 4/2 4/3 4/11 4/14 8/3 9/24 10/3 10/7 10/10 11/5 11/10 11/18 11/20 11/23 12/10 15/21 17/4 23/1 23/3 35/25
**company-wide [1]** 12/10
**compensated [1]** 35/11
**complaints [1]** 31/21
**complete [2]** 21/18 24/4
**compliance [3]** 22/19 22/20 23/1
**comply [2]** 23/5 23/7
**components [1]** 7/25
**computer [1]** 1/24
**computer-aided [1]** 1/24
**concerning [1]** 21/24
**concerns [1]** 34/25
**conclude [3]** 33/20 37/9 37/14
**concluding [1]** 32/20
**conclusion [1]** 35/14

**C**

conditions [1]  5/14
condoning [1]  19/1
conduct [9]  8/23 16/1 16/13 17/7 17/10 17/13 17/21 19/17 24/25
conducting [1]  35/2
consequences [5]  3/25 4/17 5/5 22/10 23/10
considerations [1]  7/22
considering [1]  35/9
consistent [2]  4/23 36/21
consists [1]  26/16
conspiracy [7]  2/18 3/2 7/19 11/15 16/14 32/14 36/1
conspired [1]  11/6
conspiring [1]  34/5
constitute [2]  23/8 38/8
Constitution [1]  1/22
contained [2]  6/19 18/10
contains [2]  8/19 21/21
contend [1]  17/21
continue [1]  21/15
continuing [2]  3/1 10/24
contract [1]  10/2
contracted [4]  9/25 10/7 10/10 10/13
contracts [2]  10/2 11/11
contradicting [1]  23/23
conviction [2]  24/22 25/3
convinced [1]  32/4
cooperate [1]  8/3
copy [1]  14/9
core [1]  22/22
corporate [19]  1/16 3/8 3/9 5/10 5/12 5/16 5/18 6/23 8/4 9/10 14/2 23/2 29/8 30/6 31/17 31/22 32/14 32/21 33/22
corporation [62]
corporation's [3]  28/25 32/1 35/15
correct [7]  2/15 4/10 19/24 20/3 20/6 24/11 24/12
costs [4]  4/7 4/8 4/13 10/21
could [8]  6/5 12/2 22/13 25/10 27/22 29/21 30/17 30/19
counsel [9]  6/20 7/10 21/11 25/8 25/18 26/11 26/13 27/12 32/10
count [4]  2/17 3/2 7/19 33/12
couple [1]  33/1
course [3]  11/2 30/4 34/18
court [23]  1/1 1/20 1/21 1/21 3/11 8/16 8/17 14/8 15/24 21/17 21/20 21/25 22/5 24/13 24/15 29/5 29/21 29/25 30/1 36/13 38/2 38/3 38/14
courtroom [1]  29/9
cover [11]  4/4 4/6 4/12 7/5 7/8 7/13 9/2 21/14 22/5 24/14 26/11
covered [3]  16/6 33/3 33/25
covering [1]  10/22
covers [4]  16/4 16/10 17/7 36/13
CR [1]  1/4
crime [3]  5/3 21/24 35/2
crimes [2]  8/16 24/8
criminal [17]  2/4 2/10 2/16 4/6 7/18 8/20 15/23 16/2 16/14 16/22 17/2 17/6 17/16 17/17 23/24 34/4 37/2
cross [1]  29/12
cross-examine [1]  29/12
culpability [3]  18/22 19/4 19/5
culpable [1]  35/2

**D**

D.C [2]  1/5 1/22
date [1]  25/2
day [1]  38/11
DC [2]  1/13 1/18
deal [1]  7/7
December [2]  10/13 38/11
December 2012 [1]  10/13
decide [2]  24/7 28/8
decision [1]  30/18
deems [1]  35/8
defendant [30]  1/6 1/15 2/25 7/16 8/13 8/21 9/21 21/17 21/24 22/9 22/11 22/11 22/13 22/16 23/5 23/13 23/21 24/2 24/18 24/21 24/23 25/5 25/7 34/5 34/7 34/9 34/11 34/14 34/18 36/16
defendant's [5]  7/25 18/22 21/25 34/16 35/25
defendants [3]  2/7 23/21 23/24
defense [1]  24/10
defenses [1]  24/24
defraud [2]  11/6 11/9
defrauded [1]  16/18
Delaware [1]  9/16
Delaware-based [1]  9/16
department [14]  1/12 9/25 10/8 10/14 10/15 11/12 11/24 12/8 12/13 12/24 15/22 16/4 17/2 24/1
departments [1]  12/12
depended [1]  22/18
depending [1]  12/13
Deputy [1]  5/24
described [3]  8/23 23/24 25/1
describes [4]  7/22 22/7 22/10 23/10
designated [2]  3/9 5/18
despite [1]  33/17
determined [1]  4/21
determines [1]  22/11
did [11]  6/18 13/5 13/7 13/15 13/17 21/9 24/14 26/24 26/25 28/20 28/22
didn't [1]  5/4
direct [1]  8/21
directors [1]  13/17
discovered [1]  25/20
discretion [1]  21/18
Dismissal [1]  8/11
dismissed [1]  27/22
disposition [1]  22/18
DISTRICT [7]  1/1 1/2 1/10 1/21 7/17 38/3 38/3
division [5]  2/10 15/22 15/23 16/16 17/2
do [58]
Docket [1]  1/4
document [4]  26/22 27/2 28/18 28/24
does [9]  3/12 3/15 5/13 24/7 27/6 27/19 28/3 32/15 35/7
doesn't [1]  27/22
DOJ [6]  8/25 22/11 22/12 22/14 23/11 23/17
don't [3]  7/8 20/15 36/20
doubt [5]  27/11 28/10 28/14 32/7 34/22
due [2]  22/23 36/14
duly [1]  5/24
during [7]  9/14 27/9 27/12 29/4 29/20 30/4 30/14

**E**

each [4]  29/6 29/12 34/15 34/18
earlier [3]  19/13 22/22 36/13
ED [1]  13/1
eight [2]  6/14 16/6
either [1]  28/6
element [1]  34/15
elements [3]  34/1 34/8 34/21
else [4]  26/9 37/3 37/6 37/18
emergency [12]  9/25 10/8 10/14 10/15 11/12 11/23 12/8 12/11 12/13 12/24 16/4 36/11
employees [1]  18/24
employment [2]  11/2 34/19
enable [1]  21/25
encompasses [1]  36/10
ends [1]  3/24
ENGLERT [1]  1/16
enhancement [1]  18/17
enrich [1]  11/19
enrolled [1]  10/18
ensure [1]  7/10
ensures [1]  16/16
enter [6]  2/14 7/24 27/7 31/9 32/2 32/11
entered [6]  15/21 17/2 22/25 25/13 32/23 33/21
entering [8]  7/23 27/2 27/7 28/2 28/24 29/15 30/9 30/25
entire [1]  7/4
entitled [3]  23/14 26/22 28/18
equipped [1]  12/21
essence [2]  4/13 4/25
Even [1]  12/25
event [2]  22/8 25/3
every [1]  23/3
everything [1]  26/2
evidence [2]  25/21 28/7
evidenced [1]  5/19
examine [1]  29/12
examined [1]  5/25
example [1]  7/6
except [1]  8/23
exception [2]  17/8 25/17
excuse [1]  18/18
execute [1]  11/6
executed [2]  8/9 13/12
executives [8]  11/3 11/5 11/16 11/18 12/7 12/10 12/22 13/11
exercise [1]  22/1
Exhibit [5]  8/23 13/20 17/24 23/25 25/1
exhibits [2]  5/19 21/22
expectation [1]  23/3
expenses [1]  4/5
explain [2]  15/3 15/19

**F**

fact [10]  5/13 18/2 19/23 20/2 20/10 20/14 26/24 35/10 35/13 37/14
Facts [3]  13/20 17/25 18/2
factual [3]  9/1 9/13 13/23
failure [1]  23/5
fair [2]  37/10 37/14
false [1]  6/6
Fault [1]  36/10
February [3]  10/7 10/9 10/12

**F**

**February 2012 [2]**  10/9 10/12
**Federal [11]**  10/4 10/19 11/7 12/4
 16/12 16/14 16/16 16/17 16/25 19/14
 36/17
**felony [1]**  20/17
**file [1]**  8/20
**filed [2]**  2/16 8/12
**finalized [1]**  14/16
**finally [1]**  24/3
**financial [1]**  8/18
**fine [16]**  8/1 17/17 18/21 19/6 19/8
 19/9 19/11 20/2 20/24 21/7 21/8 33/6
 33/7 35/12 35/18 37/2
**finished [1]**  29/10
**fire [1]**  13/16
**first [3]**  5/24 22/12 34/9
**five [5]**  18/23 20/13 20/17 21/10 33/11
**Florida [1]**  9/17
**followed [1]**  22/8
**following [2]**  7/25 34/8
**follows [3]**  5/25 16/3 20/21
**for-profit [2]**  9/17 9/19
**force [1]**  30/1
**forced [1]**  31/8
**forcing [1]**  27/8
**foregoing [1]**  38/7
**form [1]**  11/10
**formal [2]**  3/5 12/7
**former [1]**  17/4
**forth [4]**  3/13 13/20 23/14 23/18
**forward [2]**  2/5 26/19
**found [1]**  20/21
**fraud [18]**  1/13 1/13 2/11 2/19 3/3 7/19
 8/20 8/25 15/10 15/23 19/15 19/16
 22/8 32/15 34/7 34/13 35/11 37/14
**free [1]**  5/4
**front [1]**  5/20
**full [1]**  13/19
**fully [3]**  23/7 26/6 35/11
**further [3]**  8/16 23/1 38/7
**future [2]**  4/5 4/21

**G**

**gain [2]**  33/8 33/9
**gain or [1]**  33/8
**general [1]**  9/19
**get [2]**  18/18 19/6
**gets [1]**  19/3
**give [1]**  24/19
**given [2]**  27/23 31/14
**giving [8]**  27/3 27/16 28/2 28/25 29/16
 30/10 30/25 31/4
**global [4]**  7/24 15/4 15/20 15/24
**go [18]**  5/3 5/8 5/9 6/20 6/22 7/3 7/9
 7/9 9/12 18/7 18/18 26/19 28/6 29/4
 29/19 30/14 32/24 33/4
**going [6]**  3/25 4/6 6/4 14/23 15/16
 31/14
**Good [4]**  2/6 2/8 2/9 2/12
**government [32]**  1/12 5/8 6/20 14/24
 16/15 16/17 17/1 17/21 18/7 19/22
 20/2 20/10 23/3 24/7 26/2 26/6 26/10
 27/8 27/9 27/20 27/21 28/8 28/13 29/5
 32/5 32/6 34/21 35/7 35/10 36/1 37/12
 37/20
**government's [4]**  29/9 35/4 35/12

**35/14**
**Grand [5]**  7/16 26/15 26/13 27/4 27/4
**greater [2]**  18/14 33/8
**gross [2]**  33/9 33/9
**ground [1]**  24/23
**grounds [1]**  27/23
**guess [1]**  5/7
**guideline [3]**  18/8 19/9 19/20
**guidelines [5]**  17/12 18/10 18/12
 24/14 25/9
**guilt [1]**  32/7
**guilty [27]**  7/18 7/25 8/15 20/21 22/13
 27/3 27/7 27/8 27/10 28/2 28/15 28/24
 29/16 30/10 30/21 31/1 31/9 31/13
 32/2 32/11 32/16 32/16 32/17 32/20
 33/17 34/8 37/16

**H**

**had [4]**  2/16 2/20 28/13 38/5
**handed [1]**  3/10
**handled [1]**  36/22
**happened [2]**  22/24 22/25
**happens [1]**  24/1
**happy [1]**  14/11
**harm [1]**  17/11
**has [29]**  2/19 2/25 3/20 6/19 8/6 8/9
 8/10 13/21 14/2 15/1 16/24 16/25
 21/17 22/9 22/11 22/24 22/25 23/1
 23/3 23/12 26/2 27/20 28/8 31/8 31/12
 32/22 35/10 36/24 37/12
**have [54]**
**having [2]**  5/24 18/24
**he [2]**  5/10 6/23
**headquartered [1]**  9/17
**Health [2]**  8/2 9/15
**healthcare [15]**  1/13 2/18 3/3 7/19
 10/4 10/20 11/7 12/4 16/12 16/15
 19/14 32/15 34/7 34/13 36/17
**hear [1]**  28/12
**heard [2]**  26/1 27/4
**hearing [2]**  1/8 21/23
**heart [1]**  13/6
**held [3]**  3/18 4/3 35/3
**help [1]**  29/21
**her [1]**  14/9
**here [4]**  3/8 4/1 19/10 37/12
**hereby [1]**  38/4
**hereto [1]**  38/10
**Hershey [1]**  13/8
**HHS [1]**  8/5
**HHS/OIG [1]**  8/5
**high [1]**  18/25
**high-level [1]**  18/25
**higher [1]**  12/2
**him [1]**  5/21
**historical [1]**  12/25
**HMA [49]**
**HMA LLC [1]**  17/3
**HMA's [2]**  12/5 22/20
**Honor [69]**
**HONORABLE [1]**  1/9
**hospital [9]**  4/14 9/23 10/21 12/3
 12/11 12/14 13/9 13/11 17/11
**hospitalist [1]**  10/10
**hospitals [19]**  9/19 10/1 10/2 10/5
 11/4 11/11 11/13 11/17 11/19 11/21
 12/1 12/9 12/20 12/21 13/2 16/11 17/7

**17/8 36/2**
**hour [1]**  13/5
**housekeeping [1]**  33/2
**how [4]**  15/4 15/19 32/15 35/4
**However [1]**  20/19

**I**

**I'd [2]**  14/11 33/4
**I'll [3]**  5/8 6/20 7/7
**I'm [14]**  2/9 2/17 3/9 3/12 5/18 6/4
 20/15 24/18 24/20 26/14 27/18 28/4
 33/2 33/9
**I've [2]**  36/12 36/22
**identified [1]**  19/15
**identify [1]**  2/5
**ignorant [1]**  19/1
**ill [1]**  13/3
**impose [2]**  21/7 35/17
**imposed [5]**  21/4 21/5 21/7 35/13
 36/23
**improperly [1]**  12/8
**improve [1]**  12/18
**Inc [1]**  9/15
**included [2]**  25/24 36/18
**including [12]**  7/23 8/14 10/2 11/11
 11/13 11/19 11/22 11/22 12/1 13/12
 13/16 25/1
**incorporate [1]**  13/21
**incorporated [2]**  14/1 16/8
**incorporation [2]**  14/5 17/24
**increase [5]**  11/23 12/5 12/8 12/15
 13/17
**incrimination [1]**  30/16
**incur [1]**  4/8
**incurred [1]**  4/5
**indicate [4]**  5/10 5/16 6/12 6/23
**indicated [5]**  14/9 19/23 20/2 20/9
 34/24
**indicating [1]**  6/21
**indication [1]**  30/21
**indict [1]**  26/19
**indicted [2]**  26/15 27/4
**indictment [2]**  7/16 26/23
**indirect [2]**  8/21 9/22
**indirectly [1]**  9/18
**individual [2]**  18/24 37/13
**individuals [6]**  5/3 26/18 29/7 29/24
 35/1 35/8
**inducing [2]**  11/21 13/13
**indulgence [1]**  24/15
**ineffective [2]**  25/8 25/18
**inform [1]**  21/19
**information [10]**  2/16 2/25 3/6 7/18
 16/14 21/23 23/24 25/1 34/5 34/13
**initial [1]**  2/20
**initiated [1]**  14/19
**inpatient [5]**  11/12 12/3 12/8 13/7
 13/15
**inquiries [1]**  32/9
**instituted [1]**  12/7
**integrity [2]**  8/4 23/2
**intelligent [1]**  32/20
**intelligently [2]**  32/23 33/21
**intended [1]**  34/17
**interest [1]**  32/2
**interject [1]**  33/24
**interventional [1]**  13/5

**I**

**is [104]**
**issue [3]** 16/1 16/13 17/21
**issues [2]** 16/5 16/10
**it [38]** 3/12 3/16 4/7 5/2 5/9 7/9 9/2 11/15 12/12 14/14 14/16 14/16 15/19 16/22 18/4 20/20 21/3 21/4 21/5 21/7 21/9 22/14 23/11 23/22 25/16 26/24 28/3 28/20 31/13 31/14 32/1 32/3 32/20 32/22 35/4 35/8 35/8 36/24
**it's [3]** 14/1 24/19 33/7
**its [21]** 7/16 7/17 8/3 8/11 8/21 10/1 10/2 21/22 22/1 22/12 22/13 22/18 23/13 28/2 28/14 30/5 30/20 32/2 32/6 32/21 33/22
**itself [3]** 3/15 18/19 30/19

**J**

**joined [1]** 34/14
**joint [1]** 8/22
**Jones [4]** 1/20 38/2 38/13 38/14
**judge [5]** 1/9 1/10 28/7 29/1 30/18
**judgment [2]** 36/19 37/1
**July [1]** 10/22
**July 2009 [1]** 10/22
**June [1]** 10/23
**June 2012 [1]** 10/23
**jury [9]** 7/16 26/15 26/15 27/4 27/4 28/11 28/19 29/1 30/19
**just [10]** 5/1 7/10 14/9 14/18 19/23 21/15 24/19 33/1 37/1 37/10
**justice [3]** 1/12 15/22 37/15
**Justice's [1]** 17/2
**justify [1]** 28/15

**K**

**key [2]** 7/13 7/25
**knew [1]** 34/11
**know [3]** 7/5 14/22 29/6
**knowing [1]** 32/20
**knowingly [2]** 32/22 33/21
**knows [1]** 32/5

**L**

**lacked [1]** 13/3
**laid [1]** 16/21
**large [1]** 4/6
**larger [1]** 4/2
**later [4]** 6/5 9/2 25/3 25/6
**law [1]** 20/14
**lawyer [2]** 29/10 29/11
**leads [1]** 19/4
**least [9]** 3/1 10/12 10/17 10/17 10/24 11/1 26/17 26/18 34/17
**legal [1]** 31/18
**less [1]** 18/15
**let [5]** 2/24 7/5 14/18 18/18 25/22
**level [4]** 12/18 13/9 18/13 18/25
**lighter [1]** 31/14
**like [5]** 6/25 9/2 15/4 22/5 33/4
**limitation [2]** 22/15 24/10
**limitations [1]** 24/24
**limited [2]** 11/22 31/4
**line [1]** 13/1
**lines [1]** 21/16
**litigation [1]** 23/22
**little [1]** 5/5

**LLC [9]** 1/5 2/3 2/16 3/2 3/22 9/21 17/3 32/17 35/25
**LLP [1]** 1/17
**located [2]** 9/23 13/9
**long [1]** 25/13
**longer [1]** 4/9
**looking [1]** 3/12
**loss [4]** 15/10 16/12 18/14 33/9

**M**

**machine [3]** 1/24 38/4 38/9
**made [6]** 15/14 16/15 18/5 19/16 30/18 36/15
**major [1]** 13/8
**make [5]** 5/1 23/13 23/22 31/22 32/10
**making [1]** 6/6
**Malloy [2]** 1/12 2/10
**management [4]** 8/2 9/15 10/1 10/14
**mandatory [8]** 12/10 12/17 13/14 19/12 19/18 21/6 33/3 33/11
**manner [1]** 34/10
**many [1]** 13/3
**material [5]** 22/19 22/21 22/22 23/6 23/7
**matter [4]** 2/3 14/20 14/20 16/2
**matters [2]** 16/2 33/2
**maximum [10]** 19/7 20/16 20/17 20/18 24/23 33/3 33/7 33/10 33/14 33/17
**may [4]** 5/6 10/6 23/17 33/24
**May 2008 [1]** 10/6
**me [17]** 3/16 5/3 5/5 6/4 6/25 7/5 14/18 15/4 18/18 18/18 22/5 24/15 24/19 25/22 28/8 32/24 33/5
**mean [2]** 20/16 20/20
**meaningfully [1]** 21/25
**means [7]** 13/16 14/15 18/16 27/20 28/7 28/11 30/16
**meant [1]** 31/14
**Medicaid [3]** 10/18 11/7 36/14
**medical [10]** 10/8 10/11 10/15 11/24 12/19 12/20 13/8 13/17 17/4 17/9
**medically [2]** 11/14 36/11
**Medicare [5]** 10/18 10/22 11/7 12/15 36/14
**meet [1]** 13/14
**mentioned [2]** 19/13 22/22
**merely [2]** 30/19 31/13
**might [4]** 4/5 8/9 23/17 33/2
**miles [1]** 13/10
**million [12]** 8/1 8/5 8/8 15/25 16/9 16/23 17/6 17/15 17/17 17/18 17/18 36/4
**minimum [3]** 19/6 21/6 33/3
**minus [1]** 19/3
**minute [1]** 24/19
**mix [1]** 12/20
**modifications [1]** 18/4
**moment [1]** 9/3
**monetary [3]** 8/5 17/6 35/24
**money [5]** 3/25 4/11 15/1 15/17 17/20
**monies [3]** 22/23 23/15 23/15
**more [4]** 13/19 18/24 24/13 34/9
**morning [5]** 2/2 2/6 2/8 2/9 2/12
**Mr [12]** 6/22 9/3 13/24 14/4 17/23 19/19 20/16 21/1 26/1 33/13 34/20 37/6
**Mr. [1]** 6/2

**Mr. Sauber [1]** 6/2
**multiplier [2]** 19/7 19/7
**multipliers [1]** 19/5
**must [1]** 34/9
**my [5]** 5/17 13/22 33/25 38/9 38/10

**N**

**N.W [1]** 1/22
**name [3]** 5/16 5/17 38/11
**namely [1]** 23/11
**Naples [1]** 9/17
**necessarily [2]** 15/15 31/14
**necessary [3]** 11/14 21/9 36/11
**necessity [1]** 11/25
**need [8]** 2/21 6/12 13/15 18/5 21/14 32/9 36/23 36/24
**needed [1]** 14/10
**needs [2]** 12/19 26/11
**negotiated [1]** 2/22
**neurology [1]** 13/6
**neurosurgery [1]** 13/6
**newly [1]** 25/20
**no [16]** 1/4 4/9 8/16 18/6 21/6 25/24 26/12 30/16 31/11 31/16 32/12 36/23 36/24 37/5 37/8 37/19
**non [7]** 8/2 8/24 17/3 17/5 17/16 22/20 23/12
**non-prosecution [7]** 8/2 8/24 17/3 17/5 17/16 22/20 23/12
**None [1]** 31/25
**normally [1]** 7/3
**not [41]**
**note [1]** 8/6
**notes [1]** 38/9
**Notice [1]** 8/10
**November [1]** 1/5
**now [5]** 6/3 9/2 14/18 27/6 32/23
**NPA [1]** 23/16
**number [5]** 7/25 11/23 13/17 16/11 16/19
**NW [1]** 1/17

**O**

**oath [3]** 5/21 6/3 29/7
**obligation [2]** 24/2 27/20
**obligations [6]** 8/14 9/5 22/12 23/1 23/11 23/13
**observation [1]** 12/3
**obtain [1]** 12/2
**obviously [1]** 15/9
**occurred [1]** 15/10
**offense [9]** 18/13 19/2 20/18 20/22 33/10 34/1 34/8 34/8 34/15
**offered [1]** 11/9
**Offices [1]** 15/23
**official [4]** 1/21 38/2 38/8 38/14
**OIG [1]** 8/5
**Okay [19]** 3/24 5/1 5/7 6/15 6/18 7/14 9/12 17/23 18/7 21/11 21/13 22/7 24/20 26/1 26/13 32/9 32/13 34/4 34/24
**older [2]** 12/15 12/25
**one [16]** 2/17 3/2 7/19 7/25 9/3 9/24 16/6 19/3 21/6 21/10 24/13 24/19 25/1 30/16 34/9 34/15
**only [1]** 25/6
**operated [2]** 9/18 9/22

## O

**opposed [2]** 12/3 21/6
**order [6]** 14/8 26/17 26/19 28/14 36/19 36/24
**ordered [1]** 8/16
**organization [3]** 18/24 18/25 20/21
**organizations [1]** 20/20
**original [2]** 4/8 4/13
**ORSECK [1]** 1/17
**other [9]** 13/2 21/6 21/13 26/9 29/11 32/9 36/2 36/12 36/22
**others [2]** 11/5 11/18
**otherwise [2]** 23/18 23/23
**our [3]** 17/10 18/18 25/25
**out [2]** 16/21 24/13
**outlay [1]** 3/25
**outlined [1]** 24/1
**outpatient [1]** 12/4
**over [4]** 9/18 15/25 18/7 33/4
**overall [3]** 12/8 13/22 15/24
**owed [1]** 16/24
**owned [3]** 4/14 9/18 9/22

## P

**page [5]** 18/10 21/16 22/3 24/18 24/20
**pages [1]** 38/7
**paid [10]** 3/25 8/6 8/10 11/10 15/1 16/10 16/24 23/15 23/16 36/25
**paragraph [15]** 7/9 7/9 7/15 7/22 8/13 8/19 21/17 21/21 22/7 22/16 23/10 23/20 24/3 24/20 24/20
**paragraphs [2]** 18/11 22/10
**parent [4]** 8/3 17/4 23/7 35/25
**parents [1]** 8/22
**parents' [1]** 22/19
**part [8]** 4/6 4/11 11/1 11/9 12/9 17/1 25/21 34/17
**participating [1]** 19/1
**particular [6]** 3/20 4/18 12/20 12/21 15/20 17/11
**parties [14]** 2/4 2/13 2/22 3/21 13/21 15/8 18/11 18/13 19/9 21/19 21/19 22/2 24/4 35/18
**parties' [2]** 19/14 21/21
**party [1]** 10/13
**patient [3]** 11/24 12/18 12/19
**patients [9]** 12/11 12/13 12/14 12/21 12/23 12/24 13/3 13/14 13/18
**pause [1]** 25/23
**pay [5]** 8/1 8/5 8/8 8/17 17/6
**payable [1]** 36/14
**paying [2]** 12/2 35/25
**payment [2]** 10/19 22/23
**payments [3]** 10/3 23/14 36/15
**pecuniary [1]** 33/8
**pediatric [1]** 13/8
**penalties [9]** 4/6 33/3 33/14 33/18 35/15 35/16 35/17 37/7 37/17
**penalty [10]** 3/13 4/1 8/5 15/2 17/7 17/8 17/16 20/18 35/24 37/4
**Pennsylvania [1]** 9/23
**people [5]** 26/16 26/17 28/11 28/13 29/5
**per [1]** 33/12
**percent [6]** 12/12 12/14 12/23 12/24 13/1 13/18
**period [3]** 9/15 20/12 27/21

**periods [1]** 10/22
**perjury [1]** 6/6
**perpetrators [1]** 37/13
**personnel [1]** 18/25
**persons [1]** 34/10
**physician [3]** 9/25 10/4 10/14
**physicians [4]** 11/21 11/22 13/13 13/16
**place [6]** 4/1 4/17 5/21 12/18 35/11 37/12
**placed [1]** 6/3
**Plaintiff [1]** 1/3
**plan [6]** 12/7 12/9 34/11 34/12 34/12 34/15
**plea [44]**
**plead [3]** 7/18 32/15 33/17
**pleading [2]** 8/15 31/13
**pleads [1]** 32/17
**please [4]** 2/5 5/15 7/5 34/3
**plus [2]** 18/15 18/17
**podium [1]** 7/1
**point [2]** 15/5 24/13
**points [1]** 18/23
**portion [4]** 14/24 15/16 15/17 15/25
**position [2]** 19/14 32/1
**practical [1]** 36/17
**preclude [1]** 35/7
**precluded [1]** 25/7
**present [1]** 26/17
**presentation [1]** 31/18
**presented [2]** 6/10 28/7
**presenting [3]** 12/11 12/13 12/23
**pressuring [2]** 11/21 13/13
**primarily [1]** 9/19
**privilege [1]** 30/15
**probation [8]** 20/13 20/14 20/17 20/23 21/2 21/8 21/9 33/10
**proceed [6]** 2/21 5/7 18/9 26/18 35/5 37/13
**proceeding [2]** 34/25 35/7
**proceedings [4]** 1/24 37/24 38/5 38/8
**proceeds [1]** 4/12
**process [2]** 22/8 24/1
**produced [1]** 1/24
**proffer [1]** 9/13
**profit [2]** 9/17 9/19
**program [1]** 10/22
**programs [11]** 10/4 10/19 10/20 11/7 12/4 16/12 16/15 16/17 16/25 19/15 36/17
**proposed [1]** 17/18
**prosecution [9]** 8/2 8/24 17/3 17/5 17/16 22/20 23/12 24/25 25/2
**prove [2]** 32/6 34/22
**proven [2]** 28/9 28/14
**provide [5]** 9/25 10/10 12/21 14/8 21/23
**provided [5]** 2/13 2/25 10/4 10/18 31/19
**proving [1]** 27/10
**provision [1]** 20/25
**provisions [3]** 20/22 21/13 22/4
**PSR [1]** 22/3
**public [2]** 23/20 23/22
**publicly [5]** 3/18 3/22 4/3 4/14 9/16
**publicly-traded [1]** 9/16
**punishment [1]** 35/13

**purchase [3]** 4/4 4/11 4/19
**purchased [2]** 3/21 4/3
**purpose [2]** 11/15 34/12
**pursuant [2]** 16/18 37/15
**pursue [1]** 23/17
**put [5]** 4/21 4/22 12/18 17/9 23/18

## Q

**qualify [1]** 31/23
**question [1]** 29/12
**questioning [1]** 29/10
**questions [2]** 6/4 6/10
**qui [4]** 14/20 16/4 16/5 16/6

## R

**raised [1]** 25/10
**raising [1]** 25/8
**range [3]** 12/12 19/8 19/9
**rate [4]** 12/10 12/17 13/1 13/14
**rates [3]** 12/9 12/22 13/2
**rather [1]** 22/16
**reached [2]** 2/13 2/22
**read [3]** 14/8 20/19 20/25
**reading [1]** 3/5
**readmitted [1]** 36/16
**reads [1]** 36/21
**reasonable [6]** 27/10 27/21 28/10 28/14 32/7 34/22
**receive [4]** 6/18 15/16 15/17 16/17
**received [3]** 10/3 10/19 16/25
**recommendation [3]** 19/11 21/16 21/19
**recommendations [1]** 11/13
**recommended [1]** 21/20
**recommending [1]** 21/8
**record [7]** 2/4 2/5 2/24 5/15 6/13 21/23 33/1
**recorded [1]** 1/24
**recover [1]** 14/25
**recovered [1]** 15/17
**recovery [1]** 14/24
**reference [11]** 13/22 14/1 14/7 15/2 16/8 20/12 31/3 35/22 36/7 37/3 37/7
**references [1]** 3/16
**referred [1]** 9/16
**reflect [1]** 2/24
**regard [1]** 11/24
**regarding [7]** 4/17 19/23 20/8 25/18 25/20 26/2 31/23
**REGGIE [1]** 1/9
**Regional [5]** 10/8 10/11 10/15 17/4 17/9
**reimbursement [1]** 12/2
**reject [1]** 21/18
**rejects [1]** 21/20
**relate [2]** 22/4 22/23
**related [6]** 14/19 16/2 17/20 19/17 36/9 36/10
**relaters [1]** 14/23
**relates [4]** 16/1 16/22 17/10 23/20
**relating [3]** 8/23 24/25 36/11
**relators [1]** 15/16
**released [1]** 22/12
**relevant [1]** 7/22
**relieved [2]** 23/11 23/13
**remarks [1]** 13/22
**remuneration [2]** 11/10 37/11

**R**

**reported [1]** 38/4
**reporter [5]** 1/20 1/21 14/8 38/2 38/14
**reports [1]** 10/21
**representation [1]** 31/24
**representations [1]** 9/4
**representative [16]** 1/16 3/8 3/10 5/10 5/12 5/16 5/19 6/23 9/10 29/9 30/6 31/17 31/22 32/14 32/22 33/23
**representatives [1]** 14/3
**represented [3]** 26/2 26/6 35/10
**request [1]** 37/1
**required [2]** 21/7 30/17
**requirement [1]** 22/3
**reserve [1]** 5/6
**reserved [1]** 4/12
**resolution [5]** 3/15 7/24 15/4 15/21 15/24
**resolutions [1]** 3/11
**respect [5]** 19/13 24/25 33/7 33/10 35/4
**response [1]** 6/4
**responsibility [2]** 19/4 23/23
**restitution [10]** 16/20 16/24 19/13 19/18 20/8 20/9 36/13 36/19 36/23 36/24
**result [5]** 9/5 14/25 15/10 24/8 31/5
**retained [2]** 31/5 37/12
**return [3]** 11/12 23/15 28/15
**revenue [1]** 12/5
**revenues [1]** 12/16
**Richard [4]** 1/15 2/6 5/17 5/23
**right [26]** 2/14 6/16 7/16 7/17 13/25 14/13 24/21 26/14 27/3 27/6 27/11 27/19 28/2 28/6 28/10 28/25 29/1 29/12 29/20 29/25 30/5 30/15 30/25 32/24 35/19 37/12
**rights [10]** 7/6 7/7 21/20 25/7 26/10 27/16 29/17 30/11 31/4 31/4
**ROBBINS [1]** 1/16
**role [1]** 21/25
**Room [1]** 1/21
**roughly [2]** 17/18 17/19
**RPR [2]** 1/20 38/14
**Rule [2]** 22/17 37/15
**rural [2]** 9/19 9/23
**RUSSELL [1]** 1/16

**S**

**S-A-U-B-E-R [1]** 5/18
**said [2]** 37/9 38/8
**sale [2]** 4/4 4/19
**Sally [2]** 1/12 2/9
**satisfied [2]** 31/18 34/9
**Sauber [18]** 1/15 1/17 2/7 5/18 5/23 6/2 6/23 9/3 13/24 14/4 17/23 19/19 20/16 21/1 26/1 33/13 34/20 37/6
**say [4]** 6/3 7/10 17/19 30/19
**scheme [4]** 11/6 11/9 13/13 16/19
**scope [2]** 11/2 34/18
**score [3]** 18/22 19/4 19/5
**scot [1]** 5/4
**scot-free [1]** 5/4
**second [3]** 22/12 23/5 34/11
**section [12]** 1/13 2/11 2/18 7/20 8/20 8/25 15/24 20/19 20/23 22/1 22/8 34/6
**seeking [1]** 14/23

**seem [1]** 37/10
**seems [1]** 5/5
**selected [2]** 26/16 28/12
**self [1]** 30/16
**self-incrimination [1]** 30/16
**sell [1]** 4/11
**SENIOR [1]** 1/9
**sentence [4]** 21/20 24/22 24/23 31/15
**sentenced [1]** 20/22
**sentences [1]** 20/20
**sentencing [4]** 8/15 21/18 22/1 32/24
**September [2]** 10/9 12/6
**seriously [1]** 13/3
**service [2]** 10/14 11/11
**services [5]** 10/1 10/4 10/10 12/20 13/6
**serving [1]** 11/21
**set [5]** 3/12 12/10 12/22 13/20 23/14
**settlement [17]** 8/7 8/10 16/1 16/6 16/7 16/9 16/16 16/19 17/15 17/15 19/17 22/21 22/25 23/8 23/16 36/9 36/25
**seven [4]** 18/14 18/22 19/5 19/6
**several [3]** 15/22 16/5 22/3
**shall [2]** 20/22 23/22
**share [1]** 4/12
**shareholders [4]** 4/7 4/9 4/13 4/20
**she'll [1]** 14/10
**shorthand [3]** 1/24 38/5 38/9
**should [6]** 6/2 7/5 15/14 29/3 30/13 35/4
**sign [2]** 26/24 28/20
**signature [2]** 26/23 28/20
**signed [3]** 13/24 14/2 25/3
**signing [2]** 27/2 28/23
**similar [2]** 13/2 36/22
**simply [1]** 37/1
**since [2]** 21/8 37/12
**sir [33]** 3/3 3/4 5/15 6/8 6/17 9/11 14/6 18/6 19/25 20/4 21/12 26/4 26/8 26/25 27/14 27/17 27/25 28/17 29/2 29/18 29/23 30/3 30/12 30/23 31/2 31/7 31/11 31/16 31/20 32/8 33/19 34/4 37/8
**situation [1]** 20/18
**situations [1]** 5/2
**Sixty [1]** 6/14
**Sixty-eight [1]** 6/14
**small [1]** 9/23
**so [25]** 2/20 3/21 3/24 4/7 4/13 6/20 13/21 14/9 15/7 16/12 16/19 17/9 17/14 18/15 18/17 18/20 19/5 19/17 25/12 25/12 33/4 34/1 35/8 36/18 36/25
**sold [1]** 3/21
**solely [2]** 12/15 17/10
**some [7]** 4/3 6/5 29/10 30/20 34/10 34/25 35/3
**something [3]** 7/4 25/10 29/6
**somewhat [1]** 5/2
**soon [1]** 36/17
**sophisticated [1]** 18/16
**sorry [5]** 2/17 20/15 24/19 24/20 33/9
**speak [2]** 20/16 20/25
**speaks [1]** 16/20
**special [4]** 8/18 20/5 33/11 37/2
**specialty [1]** 13/3

**specific [1]** 17/9
**Specifically [1]** 13/4
**specified [1]** 8/24
**speedy [3]** 24/11 27/19 27/23
**staff [2]** 10/7 10/15
**started [1]** 34/25
**state [1]** 37/2
**stated [1]** 36/12
**statement [5]** 6/6 13/19 17/25 18/2 23/22
**statements [2]** 22/14 23/21
**states [16]** 1/1 1/3 1/10 1/12 2/3 2/10 7/20 8/8 8/19 9/20 15/23 20/20 24/3 34/6 36/16 38/3
**stating [1]** 23/21
**statute [2]** 24/10 24/24
**statutory [1]** 24/22
**step [1]** 2/4
**stipulations [1]** 8/15
**stockholders [1]** 5/4
**Street [1]** 1/17
**stroke [1]** 13/7
**Subchapter [2]** 20/24 20/24
**submissions [1]** 14/22
**submit [1]** 7/1
**submitted [1]** 10/21
**subscribed [1]** 38/10
**subsequently [1]** 3/21
**subsidiaries [2]** 8/11 8/22
**subsidiary [1]** 9/22
**suffer [1]** 5/5
**suffering [1]** 3/24
**sufficient [1]** 21/23
**suggested [1]** 31/12
**Suite [1]** 1/17
**sum [1]** 13/19
**summary [1]** 13/23
**supposed [1]** 29/6
**sure [5]** 5/1 26/14 27/18 28/4 33/2
**surgery [1]** 13/6
**sworn [1]** 5/24

**T**

**take [2]** 27/8 29/7
**taking [1]** 4/17
**tam [2]** 14/20 16/4
**tams [2]** 16/5 16/6
**taxpayers [4]** 15/11 15/14 35/10 37/11
**tell [1]** 15/7
**term [5]** 20/17 20/23 21/8 21/9 33/10
**terms [18]** 5/11 6/21 6/24 7/11 7/13 8/4 8/14 9/4 9/7 9/10 14/16 17/5 22/19 22/21 22/22 23/6 23/7 35/6
**testified [1]** 5/25
**testify [5]** 29/7 29/8 29/21 30/6 30/17
**testifying [1]** 30/20
**testimony [1]** 38/5
**than [3]** 18/14 18/15 26/10
**Thank [3]** 37/21 37/22 37/23
**that [216]**
**that's [21]** 3/13 3/25 4/23 16/1 16/7 16/7 16/10 16/13 16/20 17/19 18/15 18/17 20/6 20/19 24/5 24/12 25/21 31/18 33/6 35/12 36/3
**their [4]** 4/12 11/2 21/20 22/2
**them [5]** 3/12 6/22 6/24 7/10 30/1
**themselves [1]** 11/20

## T

**then [8]** 12/14 12/24 18/21 19/12 23/20 23/25 24/3 27/22
**there [14]** 4/3 4/19 15/20 16/5 16/5 18/4 22/3 24/6 24/9 25/17 26/14 28/6 31/21 36/23
**there's [12]** 7/4 14/9 16/9 16/19 16/23 20/16 20/17 21/5 23/25 24/13 33/11 36/24
**therefore [5]** 17/12 19/17 22/2 35/17 37/15
**Thereupon [2]** 5/22 37/24
**these [6]** 4/12 5/2 10/19 12/17 16/10 35/1
**they [6]** 4/16 13/17 15/17 16/18 35/2 36/16
**they're [1]** 4/9
**think [4]** 3/10 5/20 7/5 36/20
**third [5]** 3/21 8/7 10/13 22/13 23/17
**this [59]**
**those [34]** 4/6 5/13 6/24 7/8 7/11 9/3 9/7 9/10 17/14 19/23 22/5 22/23 22/24 26/17 26/18 27/16 28/13 29/5 29/7 29/10 29/12 29/17 29/24 30/11 33/4 33/13 33/17 34/16 34/21 35/8 35/9 35/16 36/15 36/17
**though [1]** 12/25
**threatened [1]** 31/8
**threatening [1]** 13/16
**three [2]** 17/19 18/23
**threshold [1]** 13/18
**through [16]** 3/1 5/8 5/9 5/12 6/21 6/22 7/4 7/9 7/10 9/15 10/24 13/15 19/16 32/21 33/22 36/25
**time [10]** 2/19 4/19 6/5 9/14 10/22 15/5 25/2 27/21 32/24 33/4
**timely [1]** 22/20
**times [3]** 9/18 10/20 17/19
**Title [2]** 7/20 34/6
**together [2]** 17/14 21/22
**told [1]** 31/12
**took [3]** 4/1 35/11 37/11
**total [2]** 17/14 19/4
**traded [3]** 3/22 4/14 9/16
**transcribed [1]** 38/9
**transcript [4]** 1/8 1/24 14/10 38/8
**transcription [1]** 1/24
**trauma [2]** 13/4 13/9
**treat [2]** 13/3 13/6
**trial [24]** 7/6 7/7 24/11 26/10 27/9 27/9 27/12 27/19 27/21 27/23 28/6 28/6 28/11 28/19 28/25 29/1 29/4 29/4 29/20 29/20 30/5 30/14 30/14 32/6
**TRICARE [3]** 10/18 11/8 36/15
**troubling [1]** 5/2
**true [1]** 18/2
**truthful [1]** 8/17
**truthfully [1]** 29/8
**try [1]** 34/10
**twice [3]** 33/8 33/9 33/9
**two [2]** 18/17 20/24
**type [1]** 5/2
**types [1]** 16/10

## U

**U.S [1]** 1/21
**U.S.C [1]** 22/1

## V

**vacated [1]** 25/4
**variety [1]** 13/15
**various [1]** 9/18
**ventures [1]** 8/22
**venue [2]** 7/17 24/24
**verdict [1]** 28/15
**versus [1]** 2/3
**Very [6]** 14/7 32/19 33/20 34/24 36/6 37/9
**victims [2]** 13/7 19/15
**violates [1]** 25/5
**violation [1]** 7/20
**voluntarily [1]** 29/25
**vote [1]** 26/18

## W

**waive [3]** 3/5 7/16 22/2
**waived [4]** 7/8 25/15 25/16 26/10
**waiver [4]** 24/9 24/10 26/23 28/19
**waivers [1]** 24/15
**waiving [2]** 24/21 24/23
**WALTON [1]** 1/9
**want [4]** 5/1 6/9 24/13 31/22
**wanted [4]** 28/5 29/4 29/19 30/14
**was [33]** 4/2 4/11 4/19 4/22 4/23 5/24 9/16 9/21 9/24 10/17 11/15 12/12 12/23 13/1 13/1 13/4 13/9 13/24 14/19 14/20 14/24 15/17 15/20 16/13 17/11 21/7 27/23 30/18 30/20 31/13 31/14 34/15 34/18
**Washington [4]** 1/5 1/13 1/18 1/22
**way [5]** 5/7 34/10 35/3 36/21 36/21
**we [15]** 2/15 2/20 2/21 3/7 9/2 13/19 18/17 18/21 24/13 24/14 32/25 33/2 33/25 34/25 37/1

**ultimately [1]** 4/7
**under [17]** 2/17 5/21 6/3 8/14 10/1 16/8 16/15 17/1 17/5 17/16 22/1 22/24 23/2 23/16 24/22 34/5 35/9
**understand [37]** 2/12 3/3 6/2 6/7 6/8 9/6 14/12 14/19 19/19 24/6 26/6 26/20 27/12 27/15 27/18 27/23 28/4 28/15 28/17 28/23 29/2 29/3 29/13 29/15 29/18 29/22 30/1 30/7 30/9 30/12 30/13 30/22 30/24 33/13 34/21 35/6 35/18
**understanding [1]** 6/9
**understands [6]** 6/24 7/11 21/17 22/17 28/1 34/7
**undertake [1]** 23/2
**unfair [1]** 5/5
**unit [2]** 1/13 13/8
**UNITED [14]** 1/1 1/3 1/10 1/12 2/3 2/10 7/20 8/8 8/19 9/20 15/22 34/6 36/16 38/3
**university [1]** 13/8
**unlawful [4]** 11/10 34/11 34/12 34/14
**unlawfully [2]** 11/19 11/20
**UNTEREINER [1]** 1/17
**up [10]** 3/10 3/24 27/3 27/16 28/2 28/25 29/16 30/10 30/25 31/4
**upon [4]** 22/18 32/5 37/10 37/17
**USC [2]** 2/17 20/19
**use [1]** 22/14
**used [1]** 6/5

**we're [1]** 21/8
**we've [1]** 3/10
**well [10]** 3/17 14/7 14/19 21/1 32/19 33/20 34/24 36/6 36/20 37/9
**went [2]** 24/14 32/6
**were [12]** 4/3 4/16 6/5 11/14 12/17 12/18 12/21 17/21 23/15 25/9 29/24 33/4
**what [23]** 3/13 4/1 6/20 6/21 14/7 14/9 15/7 16/20 18/7 19/22 21/13 24/1 25/9 25/14 26/6 28/19 30/15 32/5 33/3 35/14 35/21 36/7 37/11
**what's [2]** 4/17 37/10
**whatever [2]** 14/24 15/16
**whatsoever [1]** 31/21
**when [1]** 34/24
**whereof [1]** 38/10
**whether [4]** 6/23 28/8 35/1 35/2
**which [23]** 6/19 8/5 8/8 13/1 13/20 14/15 14/20 17/3 17/7 17/17 17/25 18/22 19/4 20/13 22/24 22/25 23/3 23/15 26/23 28/7 28/11 30/16 35/18
**who [9]** 3/24 5/3 5/4 11/23 13/15 19/15 29/5 29/21 35/1
**whole [3]** 15/14 16/15 19/16
**wholly [2]** 9/22 22/18
**wholly-owned [1]** 9/22
**wide [2]** 12/10 16/11
**will [18]** 2/14 3/13 4/8 4/14 5/9 6/22 7/10 7/13 9/5 14/25 15/15 15/17 16/15 21/23 23/4 23/8 32/19 36/16
**willfully [2]** 19/1 34/14
**willing [1]** 29/25
**withdraw [1]** 22/13
**withdrawn [1]** 25/6
**within [5]** 11/2 13/9 18/25 19/8 27/21
**without [2]** 11/24 22/15
**witness [2]** 6/1 38/10
**witnesses [3]** 29/10 29/12 29/21
**words [1]** 21/6
**work [1]** 11/23
**works [2]** 15/4 15/20
**would [47]**

## Y

**year [2]** 3/1 21/6
**years [3]** 20/13 20/17 33/11
**yes [54]**
**you [81]**
**you'd [1]** 9/2
**you're [4]** 9/9 27/3 28/24 32/23
**you've [1]** 6/3
**your [76]**
**yourselves [1]** 2/5